

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-24-00088-CR

_____

TYRONE TAYLOR, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 140th District Court
Lubbock County, Texas
Trial Court No. DC-2022-CR-1956, Honorable Douglas H. Freitag, Presiding

March 27, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Tyrone Taylor, was convicted of possession of a controlled substance[1] and sentenced to ten years of confinement, suspended in favor of community supervision. The trial court subsequently revoked Appellant's community supervision and sentenced him to ten years of confinement. Appellant appeals from the judgment revoking his community supervision. Now pending before this Court is Appellant's motion to

---

[1] See TEX. HEALTH & SAFETY CODE ANN. § 481.112(d).

voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and his attorney. As no decision of the Court has been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.